```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ARELIS FRANCO, et al. | : | CIVIL ACTION |
|  | : | |
| v. | : | |
|  | : | |
| ANCHOR HOCKING, INC., et al. | : | NO. 02-3975 |

<u>ORDER</u>

AND NOW, this 8th day of August, 2002, it appearing that this Court's Order of July 10, 2002, placing many <u>Bayer</u> cases in civil suspense, also inadvertently included the civil action number of this action, it is hereby ORDERED that:

1. This Court's Order of July 10, 2002 is VACATED as to this case only;

2. The Clerk shall RESTORE this case to the Court's active docket; and

3. Plaintiffs shall file their Complaint by August 19, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.