IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARELIS FRANCO<br>CARLOS FRANCO | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-3975 |
| ANCHOR HOCKING, INC. AND<br>NEWELL RUBBERMAID, INC. | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on February 19, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

> Michael E. Kunz
> Clerk of Court
>
> By:_____
> Crystal Wardlaw
> Deputy Clerk
> Phone:267-299-7073

Date: October 25, 2002

Copies:   Eileen Aidler, Courtroom Deputy to Judge Stewart Dalzell
Docket Clerk - Case File

  Counsel:   Gary P. Heslin, Esq.
  Stefanie J. Fogel, Esq.

ARB2.FRM