```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO, et al.           :    CIVIL ACTION
                                :
        v.                      :
                                :
ANCHOR HOCKING, INC. a/ka/a     :
and d/b/a ANCHOR HOCKING GLASS  :
COMPANY, et al.                 :    NO. 02-3975
```

ORDER

AND NOW, this 7th day of January, 2003, upon consideration the Uncontested Motion of Defendants Anchor Hocking and Newell Rubermaid, Inc. for an Extension of Time Within Which to Complete Discovery and to Reschedule Arbitration Hearing, it is hereby ORDERED that the motion is GRANTED IN PART, and the parties shall COMPLETE discovery by March 22, 2003, and the Arbitration Clerk shall RESCHEDULE the arbitration hearing for April 12, 2003 or as soon thereafter as is practicable.

BY THE COURT:

_____
Stewart Dalzell, J.