IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO, et al.          :    CIVIL ACTION
                               :
        v.                     :
                               :
ANCHOR HOCKING, INC. a/ka/a    :
and d/b/a ANCHOR HOCKING GLASS :
COMPANY, et al.                :    NO. 02-3975

<u>ORDER</u>

AND NOW, this 29th day of January, 2003, upon
consideration of the Motion of Defendants Anchor Hocking, Inc.
and Newell Rubbermaid, Inc. to Preclude Evidence Responsive to
Initial Disclosures and to Compel Discovery, it is hereby ORDERED
that plaintiffs shall RESPOND to the motion by February 7, 2003.


BY THE COURT:


_____
Stewart Dalzell, J.