```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO and CARLOS FRANCO  :    CIVIL ACTION
                                 :
         v.                      :
                                 :
ANCHOR HOCKING, INC. a/ka/a      :
and d/b/a ANCHOR HOCKING GLASS   :
COMPANY and NEWELL RUBBERMAID,   :
INC.                             :    NO. 02-3975
```

ORDER

AND NOW, this 11th day of February, 2003, upon consideration of the Motion of Defendants Anchor Hocking, Inc. and Newell Rubbermaid, Inc. to Preclude Evidence Responsive to Initial Disclosures and to Compel Discovery, and plaintiffs' response thereto, in which plaintiffs represent that they have complied with their obligations to provide initial disclosure under Fed. R. Civ. P. 26(a)(1) and acknowledge that they have not responded to defendants' Interrogatories and Request for Production, it is hereby ORDERED that:

1. Plaintiffs shall by February 24, 2003 RESPOND to defendants' Interrogatories and Requests for Production (copies of which are annexed to defendant's motion to compel at Exhibit E) in the manner prescribed by Federal Rules of Civil Procedure 33 and 34; and

2. At arbitration and trial, plaintiffs are PRECLUDED from introducing any witnesses or evidence that were elicited by defendants' discovery requests, or subject to Rule 26(a)(1) disclosure, and not divulged to defendants.

BY THE COURT:

_____
Stewart Dalzell, J.