IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARELIS FRANCO<br>CARLOS FRANCO | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-3975 |
| ANCHOR HOCKING, INC. AND NEWELL RUBBERMAID, INC. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on April 18, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                                         Michael E. Kunz
                                                                Clerk of Court

*Continued from Feb. 19, 2003 per Judge's Order

                                                                     By:_____
                                                                Crystal Wardlaw
                                                               Deputy Clerk
                                                               Phone:267-299-7073

Date: February 14, 2003

Copies:     Eileen Aidler, Courtroom Deputy to Judge Stewart Dalzell
                 Docket Clerk - Case File

            Counsel:     Gary P. Heslin, Esq.
                          Stefanie J. Fogel, Esq.

ARB2.FRM