IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARELIS FRANCO<br>CARLOS FRANCO | : | CIVIL ACTION |
| v. | :<br>: | No. 02-3975 |
| ANCHOR HOCKING, INC. AND NEWELL<br>RUBBERMAID, INC. | :<br>: | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on April 25, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                Michael E. Kunz
                                                Clerk of Court

*Continued from April 18, 2003 per Judge

                                                By:_____
                                                Crystal Wardlaw
                                                Deputy Clerk
                                                Phone:267-299-7073

Date: April 14, 2003

Copies:    Eileen Aidler, Courtroom Deputy to Judge Stewart Dalzell
              Docket Clerk - Case File

            Counsel:     Gary P. Heslin, Esq.
                               Stefanie J. Fogle, Esq.
            Arbitrators:  Mark Cohen, Esq.
                               Lawrence Richman, Esq.
                               Faith Leibman, Esq.

ARB2.FRM