IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ARELIS FRANCO<br>CAROLOS FRANCO<br><br>v.<br><br>ANCHOR HOCKING, INC. AND NEWELL<br>RUBBERMAID, INC. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 02-3975 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on June 9, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                            Michael E. Kunz
                                            Clerk of Court

*Continued from April 25, 2003 per Judge

                                            By:_____
                                            Crystal Wardlaw
                                            Deputy Clerk
                                            Phone:267-299-7073

Date: April 24, 2003

Copies:    Eileen Aidler, Courtroom Deputy to Judge Stewart Dalzell
               Docket Clerk - Case File

               Counsel:        Gary P. Heslin, Esq.
                                     Stefanie J. Fogle, Esq.
               Arbitrators:    Mark Cohen, Esq.
                                     Lawrence Richman, Esq.
                                     Faith Leibman, Esq.

ARB2.FRM