# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARELIS FRANCO and CARLOS FRANCO | : |
| v. | : CIVIL ACTION |
| ANCHOR HOCKING, INC., a/k/a and d/b/a ANCHOR HOCKING GLASS COMPANY | : NO. 02-3975 |
| and | : |
| NEWELL RUBBERMAID, INC. | : |

## DEFENDANT'S APPEAL OF ARBITRATION
## AWARD AND DEMAND FOR TRIAL *DE NOVO*

Defendants, Anchor Hocking Inc., (incorrectly identified in the complaint as a/k/a/ & d/b/a Anchor Hocking Glass Company) and Newell Rubbermaid, Inc., hereby appeal the arbitration award entered on June 9, 2003 and demand a trial *de novo*, pursuant to Local Rule of Civil Procedure 53.2.

 

_____
William F. Kiniry, Jr.
PA I.D. No.: 24623
Stefanie J. Fogel
PA I.D. No.: 76537
Attorneys for defendants,
Anchor Hocking Glass Company and
Newell Rubbermaid, Inc.

Piper Rudnick LLP
3400 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 656-3300

Dated: June 20, 2003

## **CERTIFICATE OF SERVICE**

      I, Stefanie J. Fogel, certify that on June 20, 2003, I served a copy of the foregoing defendants' notice of appeal from arbitration award and demand for trial *de novo,* by United States first-class mail, postage prepaid, addressed as follows:

> Gary P. Heslin, Esquire
> The Heslin Law Firm
> 2834 Cottman Avenue
> Revere Commons
> Philadelphia, Pennsylvania 19406

_____
Stefanie J. Fogel