IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARELIS FRANCO, et al.** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **ANCHOR HOCKING, INC., et al.** | : | NO.  02-3975 |

(date)

## NOTICE

    Please be advised that a [ ] pretrial  [XX ] settlement conference in the above-captioned case will be held on  Monday, July 29, 2003 at 9:30 a.m. before the Honorable Stewart Dalzell in Room 10613.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office, who should be as familiar as is feasible with the case and have authority from the client and an evaluation of the case for settlement purposes, should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions.

    The conference will be continued to another date only in exceptional cases.

                                        Very truly yours,

                                        Eileen Adler
                                        Deputy Clerk to Judge Dalzell

cc:

Civ 4 (8/80)