```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO, et al.          :    CIVIL ACTION
                               :
        v.                     :
                               :
ANCHOR HOCKING, INC. a/ka/a    :
and d/b/a ANCHOR HOCKING GLASS :
COMPANY, et al.                :    NO. 02-3975
```

## ORDER

AND NOW, this 31st day of July, 2003, after a settlement conference with counsel on July 29, 2003, and counsel advising the Court that the parties agree to a binding non-jury trial before Judge Hart, and in view of defendant's counsel's maternity leave commencing next month, it is hereby ORDERED that:

    1.  The action is TRANSFERRED to the Civil Suspense Docket until further Order; and

    2.  The matter is REFERRED to the Honorable Jacob P. Hart, United States Magistrate Judge, for a binding non-jury trial at a time convenient to Judge Hart after November 15, 2003.

                              BY THE COURT:


                              _____
                              Stewart Dalzell, J.