IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO, et al.                    :        CIVIL ACTION
                                         :
        v.                               :
                                         :        NO.   02-3975
ANCHOR HOCKING, INC., et al.             :

O R D E R

        AND NOW, this  8th  day of  August, 2003, IT IS HEREBY ORDERED that a
**TELEPHONIC** status conference is scheduled before the undersigned on **WEDNESDAY,
AUGUST 20, 2003, at 11:00 a.m.**    The conference call will be initiated by the Court.

                The senior attorney in charge of the matter for each of the parties is required to
personally participate at the conference call.  In the event senior counsel is unable to participate,
he or she shall arrange for a representative familiar with the case to be present at the time of the
conference call.

                                        BY THE COURT:


                                        _____
                                        JACOB P. HART
                                        UNITED STATES MAGISTRATE JUDGE


Copies faxed to:                                Copies mailed to:
  G. Heslin, Esq.; S. Fogel, Esq.; Wm. Kiniry, Jr., Esq.

2