IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO, et al.      :     CIVIL ACTION
                           :
    v.                     :
                           :     NO.  02-3975
ANCHOR HOCKING, INC., et al.   :

SCHEDULING ORDER

AND NOW, this 20th day of August, 2003, IT IS HEREBY ORDERED that a Bench Trial in the above-captioned matter will commence on **MONDAY, NOVEMBER 24, 2003, at 9:30 A.M.**, in Courtroom 5D.

BY THE COURT:

_____
JACOB P. HART,   M.J.