IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARELIS FRANCO, et al.          :          CIVIL ACTION
                               :
    v.                         :
                               :          NO.  02-3975
ANCHOR HOCKING, INC., et al.   :

REVISED SCHEDULING ORDER

AND NOW, this 10th day of October, 2003, following a telephonic conference with counsel, and the Court being satisfied that plaintiff is unable to proceed to trial on November 24, 2003, due to the unforeseen terminal illness of her expert , the following is HEREBY ORDERED:

1. Plaintiff shall have until **OCTOBER 31, 2003,** to retain a new expert witness. Should plaintiff fail to do so, the Court will entertain a Motion for Summary Judgment by defendant or a motion by plaintiff to voluntarily dismiss this action with prejudice;

2. Plaintiff's expert report shall be due on or before **NOVEMBER 21, 2003;**

3. Expert discovery shall conclude no later than **DECEMBER 31, 2003;**

4. The Bench Trial previously scheduled for November 24, 2003, IS HEREBY RESCHEDULED to **MONDAY, FEBRUARY  2, 2004, at 9:30 A.M.**, in Courtroom 5D.

BY THE COURT:

_____
JACOB P. HART,   M.J.